UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV540

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT BY DEFAULT,** |
| Dell Dimension 4700 personal mid- ) | **ENTRY OF JUDGMENT, AND** |
| tower computer, dark gray in color, ) | **FINAL JUDGMENT OF FORFEITURE** |
| serial number FJX9971; ) | |
| ) | |
| Dell Dimension 4600 personal mid- ) | |
| tower computer, dark gray in color, ) | |
| serial number 8C4GN31; ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Government's motion for an order directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a)(2)(A)(iii)[1] against the defendant property.

For the reasons stated in the Motion and no response being necessary,

---

[1] Although the Government cites Rule 58(a)(2)(A)(iii) in its motion, the Court notes that this subsection is no longer in existence. The undersigned believes the Government intends to refer to modern Rule 58(b)(1)(C).

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT** the Government's Motion for Judgment by Default, Entry of Judgment, and Final Order of Forfeiture is **ALLOWED** against the **DEFENDANT PROPERTY:**

> **Dell Dimension 4700 personal mid-tower computer, dark gray in color, serial number FJX9971;**
>
> **Dell Dimension 4600 personal mid-tower computer, dark gray in color, serial number 8C4GN31**

and judgment of forfeiture is hereby entered in favor of the United States against all persons and entities in the world.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any and all right, title and interest of all persons in the world in or to the Defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant property as provided by law.

Signed: December 11, 2008

Lacy H. Thornburg
United States District Judge